

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED 12-13-2019

December 10, 2019

**BY ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Facsimile: (212) 805-0426

**MEMO ENDORSED**

Re:   *United States v. Deeyazen Abdulla*, S1 19 Cr. 566 (LTS)

Dear Judge Swain:

The Government respectfully submits this letter regarding the above-captioned case. On September 19, 2019, the defendant entered a guilty plea before Magistrate Judge Ona T. Wang. On November 4, 2019, the Court accepted the defendant's guilty plea. Sentencing in this case was originally scheduled for December 19, 2019. However, the United States Probation Office did not complete the final presentence report until December 10, 2019, and the parties have not had an opportunity to review the report and prepare their sentencing submissions.

Accordingly, the parties jointly request that the sentencing currently scheduled for December 19, 2019, be adjourned by approximately 45 days. I have discussed this scheduling request with defense counsel, who joins in the request.

*The sentencing is adjourned to February 4, 2020, at 2:00pm and the related deadlines are modified accordingly. DE #37 resolved.*

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /s/ Thane Rehn
Thane Rehn
Assistant United States Attorney
nathan.rehn@usdoj.gov
(212) 637-2354

SO ORDERED:
/s/ LTS  12/13/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Cc (by ECF): Richard Barton, Esq.