USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-10-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :
     -against-                      :   ORDER
                                    :   19-CR-00566
Deeyazen Abdulla                    :
                                    :
          Defendant                 :
                                    :
------------------------------------X

Honorable Laura Taylor Swain, USDJ:

ORDERED that the defendant's conditions of release be modified to include drug testing/treatment as directed by Pretrial Services.

Dated: New York, New York
       January 10, 2020

                                       SO ORDERED

                                       _____
                                       Honorable Laura Taylor Swain
                                       United States District Judge