# RICHARD W. BARTON ESQ.
## ATTORNEY AT LAW
## 450 SEVENTH AVENUE
## SUITE 500
## NEW YORK, NEW YORK 10123
### 212-222-8239

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-17-2020

Hon. Laura Taylor Swain  **MEMO ENDORSED**
United States District Court
Southern District of New York
500 Pearl Street
New York, New York                                     January 14, 2020
10007

Re *United States v. Deeyazen Abdulla*
19 CR 566

Your Honor

I am the attorney for the above referenced defendant, Deeyazen Abdulla. This case is currently scheduled in your Court on February 4, 2020. I am writing today to reschedule the sentencing date. I am not prepared for sentence. I am unable to appear on February 4, 2020.

I am currently on trial in New York State Supreme Court, Bronx County, part H 73. The name of that case is *People v. Tyshiem Jenkins*, Ind 2717-2017. Due to this trial, I do not have the time to draft a pre sentence memorandum. I believe such a memorandum is vital, as there are issues relevant to sentence that must be brought to the Court's attention. In addition, members of the defendant's family have not been available for interview.

After my current trial is over, I will be away from New York for vacation. I will not be in the jurisdiction on February 4, 2020. I am unable to appear in Court on that date.

There has been no final pre sentence report issued in this case. A preliminary report was issued. I requested that some corrections be made to that report.

The US Attorney does not consent to this request for an adjournment. As I understand the US Attorney's position, the length of the prior adjournment calls for sentencing on February 4, 2020. A guilty plea was entered in this case on September 19, 2019. Sentencing was originally scheduled for December 19, 2019. That date was rescheduled to February 4, 2020 with consent of the defense counsel, upon the request of the prosecution.

I request that sentencing in this case be re-scheduled for March 5, 2020.

BARTONLAWNYC@GMAIL.COM

Richard Barton, Esq
Attorney for Deeyazen Abdulla
917 796 1087 Cellular

The sentencing is adjourned to March 11, 2020, at 2.30pm.
The Court notes that, according to the docket, the final PSR was issued on December 10, 2019.
DE #41 resolved.

SO ORDERED:

_____ 1/17/20
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

BARTONLAWNYC@GMAIL.COM