**RICHARD W. BARTON ESQ.**
ATTORNEY AT LAW
450 SEVENTH AVENUE
SUITE 500
NEW YORK, NEW YORK 10123
212-222-8239

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re United States v. Deeyazen Abdulla            March 31, 2020
Docket 19 Cr 566

Dear Judge Swain,

On March 11, 2020, the above referenced defendant, Deeyazen Abdulla was sentenced by this Court to 2 years of incarceration and three years post release supervision. He is currently at liberty and being monitored by pre trial services. Deeyazen Abdulla is scheduled to report and begin his sentence of incarceration on May 19, 2020.

There have been strong indications that the current corona virus crisis has made federal prisons unsafe. *See e.g.* "Jails are Petri Dishes: Inmates Freed as the Virus Spreads behind Bars," New York Times, March 20, 2020.

As the corona virus may pose an unusual danger to inmates, Deeyazen Abdulla moves this Court to re-set the date upon which he must report to prison and begin his sentence of incarceration. Deeyazen Abdulla asks this Court to allow him to begin his sentence on July 20, 2020, sixty one days from the date now set for him to begin his sentence.

The AUSA in charge of this case, Nathan Rehn has communicated to defense that he does not object to adjourning the date for Deeyazen Abdulla to report to prison by 60 days.

I hope this letter finds you well. Thank you for your attention.

Richard Barton
Attorney for Deeyazen Abdulla.
917 796 1087 Cellular

BARTONLAWNYC@GMAIL.COM